IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEENA HEISLER, Individually;<br><br>Plaintiff,<br><br>vs.<br><br>FLOWERAMA, TREK PROPERTIES, LLC, and JOHN DOE 1 AND 2 INCLUSIVE,<br><br>Defendants. | 8:16CV527<br><br>**FINDINGS AND RECOMMENDATION** |

Based on the court's record, the complaint, filed on December 5, 2016, has not been served on any Defendant and Defendants have not voluntarily appeared. The court entered an order requiring Plaintiff to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution, and warned that absent a timely response, this case may be dismissed without further notice. The deadline for responding to the show cause order was May 5, 2017. No response was filed.

Accordingly,

IT IS RECOMMENDED to the Honorable John M. Gerrard, United States District Judge, pursuant to 28 U.S.C. § 636(b), that the complaint be dismissed for failure of service and want of prosecution.

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

Dated this 22nd day of May, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge