IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DEENA HEISLER, | |
|---|---|
| Plaintiff, | 8:16-CV-527 |
| vs. | JUDGMENT |
| FLOWERAMA, et al., | |
| Defendants. | |

In accordance with the accompanying Order, the plaintiff's complaint is dismissed.

Dated this 8th day of June, 2017.

BY THE COURT:

_____
John M. Gerrard
United States District Judge